IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY BIVENS, d/b/a
B&M Mobile Home Park                                        PLAINTIFF

v.                         No. 4:15-cv-515-DPM

CITY OF BRYANT                                              DEFENDANT

## ORDER

The Court notes Bivens's complaint. Her embedded request for injunctive relief is denied without prejudice. LOCAL RULE 7.2(e). If the request is renewed in a separate paper, counsel should contact chambers to get a hearing date, which the Court will set promptly.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

19 August 2015