IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY BIVENS,
d/b/a B&M Mobile Home Park                                           PLAINTIFF

v.                              No. 4:15-cv-515-DPM

CITY OF BRYANT                                                       DEFENDANT

ORDER

The motion, № 3, is denied in part and granted in part. The Court cannot grant a temporary restraining order based solely on the papers because they're not verified. FED. R. CIV. P. 65(b)(1). The motion also lacks some important details: How much of an arrearage exists? And how much can Bivens pay each month in relation to the full monthly bill? As soon as Bivens files proof of good service of process and the motion on the City, the Court will set a quick hearing to see if injunctive relief is needed or justified.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2015