## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **MARY BIVENS,**<br>**d/b/a B&M Mobile Home Park** | **PLAINTIFF/**<br>**COUNTERDEFENDANT** |
| **v.**        **No. 4:15-cv-515-DPM** | |
| **CITY OF BRYANT** | **DEFENDANT/**<br>**COUNTERCLAIMANT** |

### ORDER

For the reasons stated on the record at the end of the 13 October 2016 hearing, the motion for summary judgment, № 21, is granted with a supplement and a caveat. The supplement: the Court declines to rule on Bryant's immunity point, but agrees with the city on no foreseeability on the state law claims. All Bivens's claims but one fail as a matter of law; they will be dismissed with prejudice. The caveat: whatever Arkansas law quasi-contract claim Bivens may have about her water-and-sewer charges is carved out. It will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
14 October 2016