IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY BIVENS,                                                    PLAINTIFF/
d/b/a B&M Mobile Home Park                          COUNTERDEFENDANT

v.                              No. 4:15-cv-515-DPM

CITY OF BRYANT                                                 DEFENDANT/
                                                               COUNTERCLAIMANT

## JUDGMENT

Bivens's water-and-sewer charges claim is dismissed without prejudice.

All other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2016